IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RONALD DALLEY | : | BK. No. 5:15-05200 JJT |
| F/D/B/A X ALPINE CONTRACTING | : | |
| Debtor | : | Chapter No. 13) |
| | : | |
| FIFTH THIRD BANK | : | |
| Movant | : | |
| v. | : | |
| RONALD DALLEY | : | 11 U.S.C. §362 |
| F/D/B/A X ALPINE CONTRACTING | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

Joseph A. Dessoye, attorney for Bank of America, N.A. hereby certifies as follows:

1. I am the attorney for Fifth Third Bank and am fully familiar with the facts of this case.

2. On July 29, 2016, I served by electronic means and by regular mail, a copy of the Notice of Motion, Motion For Stay Relief, and proposed Order to the following individuals:

CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)  
8125 ADAMS DRIVE, SUITE A  
HUMMELSTOWN, PA 17036

RONALD DALLEY  
46 MUSKEGON CIRCLE  
HAZLETON, PA 18202

TULLIO DELUCA,, ESQUIRE  
381 NORTH 9TH STREET  
SCRANTON, PA 18504

UNITED STATES TRUSTEE  
228 WALNUT STREET, SUITE 1190  
HARRISBURG, PA 17108

/s/ Joseph A. Dessoye, Esquire  
Joseph A. Dessoye, Esq., Id. No.200479  
Phelan Hallinan Diamond & Jones, LLP  
126 Locust Street  
Harrisburg, PA 17101  
Phone Number: 215-563-7000 Ext 31629  
Fax Number: 215-568-7616  
Email: joseph.dessoye@phelanhallinan.com