LOCAL BANKRUPTCY FORM 5071-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| RONALD DALLEY | BK. No. 5:15-05200 JJT |
| F/D/B/A X ALPINE CONTRACTING | |
| Debtor | Chapter No. 13 |
| | |
| FIFTH THIRD BANK | 11 U.S.C. §362 |
| Movant | |
| v. | Name of Proceeding: MOTION FOR |
| RONALD DALLEY | RELIEF FROM THE AUTOMATIC |
| F/D/B/A X ALPINE CONTRACTING | STAY |
| Respondent | |
| | Document # 61 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance:

**Parties are trying to resolve the matter and request to continue to November 1, 2016**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

**Dated:
September 19, 2016**

/s/ Joseph P. Schalk, Esquire
Joseph P. Schalk, Esq., Id. No.91656
Phelan Hallinan Diamond & Jones, LLP
126 Locust Street
Harrisburg, PA 17101
Phone Number: 215-563-7000 Ext 7365
Fax Number: 215-568-7616
Email: joseph.schalk@phelanhallinan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RONALD DALLEY<br>F/D/B/A X ALPINE CONTRACTING<br>Debtor<br><br>FIFTH THIRD BANK<br>Movant<br>v.<br>RONALD DALLEY<br>F/D/B/A X ALPINE CONTRACTING<br>Respondent | BK. No. 5:15-05200 JJT<br><br>Chapter No. 13<br><br>11 U.S.C. §362<br><br>Name of Proceeding: MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Document # 61 |

## CERTIFICATION OF SERVICE

TO THE BANKRUPTCY COURT CLERK:

Service upon the following persons was made by sending a true and correct copy of the Request to Continue Hearing/Trial with Concurrence by first class mail or electronic means on the date listed below.

CHARLES J. DEHART, III, ESQUIRE
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

RONALD DALLEY
46 MUSKEGON CIRCLE
HAZLETON, PA 18202

TULLIO DELUCA,, ESQUIRE
381 NORTH 9TH STREET
SCRANTON, PA 18504

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

DATE: September 19, 2016

/s/ Joseph P. Schalk, Esquire
Joseph P. Schalk, Esq., Id. No.91656
Phelan Hallinan Diamond & Jones, LLP
126 Locust Street
Harrisburg, PA 17101
Phone Number: 215-563-7000 Ext 7365
Fax Number: 215-568-7616
Email: joseph.schalk@phelanhallinan.com