# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald Dalley <br> <u>Debtor(s)</u> | BKY. NO. 15-05200 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4163

                                        Respectfully submitted,

                                        <u>**/s/ Thomas Puleo**</u>
                                        Thomas Puleo, Esquire
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406
                                        Attorney for Movant/Applicant