UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RONALD DALLEY | : CHAPTER 13 |
| Debtor(s) | : |
| | : |
| CHARLES J. DEHART, III | : |
| STANDING CHAPTER 13 TRUSTEE | : |
| | : |
| vs. | : |
| | : |
| RONALD DALLEY | : |
| Respondent(s) | : CASE NO. 5-15-bk-05200 |

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

      AND NOW, this 10th day of March, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

      a. 2015 Federal Income Tax return.

      2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

      a. The plan is underfunded relative to claims to be paid.
      b. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

      Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
Attorney for Trustee

# CERTIFICATE OF SERVICE

    AND NOW, this   10th   day of March, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 North 9th Avenue
Scranton, PA   18504

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee