IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RONALD DALLEY | : | |
| f/d/b/a ALPINE CONTRACTING | : | |
| | : | DOCKET NO.: 5:15-BK-05200-JJT |
|       DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|       MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| RONALD DALLEY | : | |
| f/d/b/a ALPINE CONTRACTING, | : | |
| | : | RELATED TO DOCKET NO.: 85 |
|       RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Third Amended Chapter 13 Plan, on the parties at the below addresses, on March 13, 2017, by:

**5:15-bk-05200-JJT Notice will be electronically mailed to:**

James W. Adelman at mail@morrisadelman.com

Charles J. DeHart, III at dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

Tullio DeLuca at tullio.deluca@verizon.net

Joseph Angelo Dessoye at pamb@fedphe.com

Joshua I. Goldman at bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Martin A. Mooney at tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com, kcollins@schillerknapp.com

Thomas I. Puleo at tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph P. Schalk at pamb@fedphe.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at ustpregion03.ha.ecf@usdoj.gov

James Warmbrodt at bkgroup@kmllawgroup.com

**5:15-bk-05200-JJT Notice will not be electronically mailed to:**

Wells Fargo Bank, N.A.
Wells Fargo Home Mortgage
MAC X7801-014
3476 Stateview Boulevard
Fort Mill, SC  29715


EXECUTED ON:  March 15, 2017

          Respectfully submitted by,


By:   /s/ Joseph J. Swartz
      Counsel
      PA Department of Revenue
      Office of Chief Counsel
      P.O. Box 281061
      Harrisburg, PA 17128-1061
      PA Attorney I.D.:  309233
      Phone: (717) 346-4645
      Facsimile: (717) 772-1459
      JoseSwartz@pa.gov