```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-05200-JJT
Ronald Dalley                                                   Chapter 13
          Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: MMchugh            Page 1 of 1           Date Rcvd: Apr 07, 2017
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
db             +Ronald Dalley,   46 Muskegon Circle,   Hazleton, PA 18202-9562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                              Signature:  /s/Joseph Speetjens

---

                     **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              James W Adelman    on behalf of Creditor   American Builders & Contractors Supply Co., Inc. tdba
               ABC Supply Co., Inc. mail@morrisadelman.com
              Joseph Angelo Dessoye   on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
              Joseph Angelo Dessoye   on behalf of Creditor   Fifth Third Bank pamb@fedphe.com
              Joseph J. Swartz    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Joseph P Schalk    on behalf of Creditor   Fifth Third Bank pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor   Fifth Third Bank tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor   Wilmington Savings Fund Society et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Ronald Dalley tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald Dalley fdba Alpine Contracting<br>         Debtor | CHAPTER 13 |
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust**<br>         **Movant**<br>  vs. | NO. 15-05200 JJT |
| **Ronald Dalley fdba Alpine Contracting**<br>         **Debtor**<br>**Charles J. DeHart, III Esq.**<br>         **Trustee** | 11 U.S.C. Section 362 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 244 Muskegon Circle, Hazleton, Pa 18202 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

_[signature]_

John J. Thomas, Bankruptcy Judge
(PJR)

Dated: April 7, 2017