```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                      Case No. 15-05200-JJT
Ronald Dalley                                                               Chapter 13
        Debtor                            CERTIFICATE OF NOTICE
District/off: 0314-5           User: MMchugh                Page 1 of 2            Date Rcvd: Apr 27, 2017
                               Form ID: ordsmiss            Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db            +Ronald Dalley,    46 Muskegon Circle,    Hazleton, PA 18202-9562
cr            +American Builders & Contractors Supply Co., Inc. t,    1090 Highway 315 Blvd,
                Wilkes-Barre, PA 18702-6948
4729282       +AAS Debt Recovery, Inc.,    P.O. Box 129,    Monroeville, Pennsylvania 15146-0129
4732625       +American Builders & Contractors Supply Company Inc,    c/o Morris and Adelman,    PO Box 2235,
                Bala Cynwyd, PA 19004-6235
4732663        American Builders & Contractors Supply Company, In,    7590 Rte. 30,
                N. Huntingdon, PA 15642-7518
4729284       +American Builders and Contractors Supply,    1 ABC Parkway,    Beloit, WI 53511-4466
4771407        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                Carol Stream, IL 60197-5008
4750782       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4729292       +Eagle Rock Community Association,    1 Country Club Dr.,
                Hazle Township, Pennsylvania 18202-9169
4868803       +Eagle Rock Community Association, Inc.,    5495 Belt Line Road, Ste. 200,    Dallas TX 75254-7658
4729293      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,      P.O. Box 630778,    Cincinnati, Ohio 45263-0778)
4735619       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
4729294       +Fifth Third Bank of Chicago,    38 Fountain Square, Maildrop 1M0C2J,
                Cincinnati, Ohio 45263-0001
4729295       +First Federal Bank,    12 East Broad Street,    Hazelton, Pennsylvania 18201-6521
4729296       +First National Bank of Pennsylvania,    4140 East State St.,
                Hermitage, Pennsylvania 16148-3401
4729297        Getman & Biryla, LLP,    800 Rand Building,    14 Lafayette Square,
                Buffalo, New York 14203-1995
4729299       +Lezzer Lumber,    2008 Marietta Avenue,    Lancaster, Pennsylvania 17603-2206
4729300       +Lezzer Lumber, Inc.,    P.O. Box 217,    Curwensville, Pennsylvania 16833-0217
4729301        Lorrie A. Dalley,    16366 Mariposa Circle N.,    Davie, FL 33331-4659
4729303       +M & T Bank (1100 Wehrle Dr., Williamsvil,    1100 Wehrle Dr.,
                Williamsville, New York 14221-7748
4729304        M&T Bank,    P.O. Box 1508,    Buffalo, New York 14240-1508
4729308       +Souchuck Lumber,    622 Center Street,    Shenandoah, Pennsylvania 17976-1898
4729310       +The Bureaus Inc.,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: WFFC.COM Apr 27 2017 18:48:00      Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,
                MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
4767950        EDI: MERRICKBANK.COM Apr 27 2017 18:48:00      Advanta Bank Corporation,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4729283       +EDI: MERRICKBANK.COM Apr 27 2017 18:48:00      Advanta Credit Cards,    P.O. Box 9217,
                Old Bethpage, New York 11804-9017
4729285       +EDI: AMEREXPR.COM Apr 27 2017 18:48:00      American Express,    P.O. Box 981535,
                El Paso, Texas 79998-1535
4756793        EDI: BECKLEE.COM Apr 27 2017 18:48:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
4729286        EDI: BANKAMER.COM Apr 27 2017 18:48:00      Bank of America,    Bankruptcy Department,
                4161 Piedmont Pkwy.,    NC4-105-03-14,    Greensboro, North Carolina 27410
4729287        EDI: BL-BECKET.COM Apr 27 2017 18:48:00      Becket & Lee, LLP,    PO Box 3001,
                Malvern, Pennsylvania 19355-0701
4729288       +EDI: CAPITALONE.COM Apr 27 2017 18:48:00      Capital One,    P.O. Box 30285,
                Salt Lake City, Utah 84130-0285
4729289       +EDI: CAPITALONE.COM Apr 27 2017 18:48:00      Capital One,    P.O 30285,
                Salt Lake City, Utah 84130-0285
4734339        EDI: CAPITALONE.COM Apr 27 2017 18:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
4729290        EDI: CAPITALONE.COM Apr 27 2017 18:48:00      Capital One Bank (USA), N.A.,
                by American Infosource LP as agent,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
4729291       +EDI: CHASE.COM Apr 27 2017 18:48:00      Chase,    P.O. Box 15298,
                Wilmington, Delaware 19850-5298
4729298        EDI: IRS.COM Apr 27 2017 18:48:00      Internal Revenue Service,    Special Procedures Branch,
                P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
4729305        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2017 09:50:21      PA Dept. of Revenue,
                Bankruptcy Division,    Dept. 280946,    Harrisburg, Pennsylvania 17128-0496
4739822        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2017 09:50:21
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
4729306       +E-mail/Text: paul.cressman@phelanhallinan.com Apr 28 2017 09:50:37      Phelan Hallinan, LLP,
                One Penn Center Plaza,    1617 JFK Blvd, Ste. 1400,    Philadelphia, Pennsylvania 19103-1814
4772550        EDI: Q3G.COM Apr 27 2017 18:48:00      Quantum3 Group LLC as agent for,
                ABSOLUTE RESOLUTIONS VI LLC,    PO Box 788,    Kirkland, WA 98083-0788
4729307       +EDI: RESURGENT.COM Apr 27 2017 18:48:00      Resurgent Capital Services,,    P.O. Box 10587,
                Greenville, South Carolina 29603-0587
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4729309         EDI: RMSC.COM Apr 27 2017 18:48:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept.,
                  P.O. Box 965060,   Orlando, Florida 32896-5060
4729311        +EDI: WFFC.COM Apr 27 2017 18:48:00      Wells Fargo Home Mortgage,    One Home Campus,
                  Attn: Bankruptcy Dept.,    MAC X2302-04c,   Des Moines, Iowa 50328-0001
                                                                                             TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4729302*       Lorrie A. Dalley,   16366 Mariposa Circle N.,    Davie , FL 33331-4659
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              James W Adelman    on behalf of Creditor    American Builders & Contractors Supply Co., Inc. tdba
               ABC Supply Co., Inc. mail@morrisadelman.com
              Joseph Angelo Dessoye    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    Fifth Third Bank pamb@fedphe.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Joseph P Schalk    on behalf of Creditor    Fifth Third Bank pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    Fifth Third Bank tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com
              Thomas I Puleo    on behalf of Creditor    Wilmington Savings Fund Society et al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Ronald  Dalley tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Ronald Dalley<br>fdba Alpine Contracting | Chapter | 13 |
| **Debtor(s)** | Case No. | 5:15−bk−05200−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: April 27, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk